IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY L. COLE, #990003097
    Plaintiff,

vs.                                         Case No. 3:10cv458/RV/EMT

MILTON CITY POLICE DEPARTMENT and
PATRICK BURNS,
    Defendants.
_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 19, 2010 (Doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

    **DONE AND ORDERED** this 28th day of December, 2010.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**